```
 1  RENE L. VALLADARES
    Federal Public Defender
 2  State Bar No. 11479
    RAQUEL LAZO
 3  Assistant Federal Public Defender
    411 E. Bonneville Ave., Suite 250
 4  Las Vegas, Nevada 89101
    Tel: (702) 388-6577
 5  Fax: (702) 388-6261

 6  Attorney for  SCOTT GRIFFIN
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | 2:12-MJ-053-PAL |
|---|---|
| Plaintiff, | **REQUEST TO VACATE CONFIRMATION OF COUNSEL HEARING** |
| vs. | (Expedited Request) |
| SCOTT GRIFFIN, | |
| Defendant. | |

      IT IS HEREBY REQUESTED, by Rene L. Valladares, Federal Public Defender, and RAQUEL LAZO, Assistant Federal Public Defender, counsel for SCOTT GRIFFIN, that the Confirmation of Counsel hearing currently scheduled for February 14, 2012 at 11:30 a.m., be vacated, based on the following facts and in accordance with the courts previously filed instruction:

      1.    On February 6, 2012, client had an Initial Appearance. The Federal Public Defender's Office was appointed. However, client indicated that he may wish to hire private counsel. This court granted Mr. Griffin one week to retain counsel. This court further indicated that in the event that Mr. Griffin was unable to retain counsel, defense counsel could notify the court and the hearing would be vacated.

      2.    On February 8, 2012, Mr. Griffin notified defense counsel and expressed his inability to hire counsel at this time and desired to proceed with the Federal Public Defender's office.

///

1    3.    As such, defense counsel asks that the Confirmation of Counsel hearing set
2 for February 14, 2012 at 11:30 a.m. be vacated.

4 DATED:    February 8, 2012

6        RENE L. VALLADARES
         Federal Public Defender

8        By: /s/ Raquel Lazo
         RAQUEL LAZO
9        Assistant Federal Public Defender

2

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SCOTT GRIFFIN,<br><br>Defendant. | 2:12-MJ-053-PAL<br><br>ORDER |

ORDER

IT IS THEREFORE ORDERED Confirmation of Counsel hearing set for February 14, 2012 at 11:30 a.m. is hereby vacated and this matter proceed to bench trial on Wednesday, March 14, 2012 at 9:00 a.m. . as previously ordered.

DATED   Hgdtwct{";."   2012

_____
UNITED STATES MAGISTRATE JUDGE

3